IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 05 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14cr132HTW-LRA

PATRICK D. CAVETT  21 U.S.C. § 841(a)(1)
  18 U.S.C. § 924(c)(1)

**The Grand Jury Charges:**

COUNT 1

On or about May 24, 2012, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **PATRICK D. CAVETT**, did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 2

On or about May 24, 2012, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **PATRICK D. CAVETT**, knowingly carried a firearm, to wit: a Glock 36 handgun, a Taurus 357 revolver, an AK-47 style assault rifle, and a 12 gauge shotgun, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, a Schedule I controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and all in violation of Section 924(c)(1), Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this Indictment:

- a) One (1) Glock Model 36, 45 ACP pistol, serial number KZG757;

- b) One (1) Taurus 357 Magnum revolver, altered serial number QH554637;

- c) One (1) ROMARM/CUGIR Model GP/WASR-1063, 7.62X39mm caliber, AK-47 style assault rifle, serial number 1966PR0829;

- d) One (1) Revelation 12 gauge pump action shotgun, no legible serial number;

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property,

which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21 and Section 924(d)(1), Title 18, United States Code.

GREGORY K. DAVIS<br>
United States Attorney

A TRUE BILL:

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 5th day of November, 2014.

UNITED STATES MAGISTRATE JUDGE